PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Tyrone Bowens  Cr.:06-976
PACTS #: 37086

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: 02/23/04

Original Offense: Use of Unauthorized Access Device

Original Sentence: 30 months custody: 36 months supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: 07/26/06

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender failed to satisfy his financial obligation. Attached is a letter to the Court requesting that supervision expire with a restitution balance of $2,862.16 |

U.S. Probation Officer Action:

The probation officer requests that the case expire as scheduled on July 25, 2009, with an outstanding restitution balance. The Financial Litigation Unit from the U.S. Attorney's Office will continue to enforce the collection of the financial obligation.

Respectfully submitted,

By: Norma de Armas
Senior U.S. Probation Officer
Date: 07/07/09

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other- **Allow supervision to expire with restitution balance**

Signature of Judicial Officer

Date 27 July 2009